Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Yu Shi, Esq. (*Pro Hac Vice*)
**THE ROSEN LAW FIRM, P.A.**
275 Madison Ave, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: yshi@rosenlegal.com

Counsel for Lead Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GARCIA, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HETONG GUO, JING YANG, JIANGYU LUO, and LENTUO INTERNATIONAL INC.,<br><br>Defendants. | Case No: 2:15-CV-01862-MWF-MRW<br><br>**AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br><u>CLASS ACTION</u><br><br>JURY TRIAL DEMANDED |

Lead Plaintiffs Bradley Van Dalen, Steven Bohm, and Wei Zheng ("Plaintiffs"), by Plaintiffs' undersigned attorneys, individually and on behalf of all other persons similarly situated, allege the following based upon personal knowledge as to Plaintiffs' own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through Plaintiffs' attorneys, which included, among other things, a review of Defendants' public documents, announcements made by Defendants, United States Securities and Exchange Commission ("SEC") filings, wire and press releases published by and regarding Lentuo International Inc. ("Lentuo" or the "Company"), analysts' reports and advisories about the Company, and information readily obtainable on the Internet. Plaintiffs believe that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION

1.     This is a federal securities class action brought on behalf of a class consisting of all persons and entities, other than defendants and their affiliates, who purchased or otherwise acquired the American Depositary Shares ("ADS") of Lentuo from May 15, 2014 to March 9, 2015, inclusive (the "Class Period"), seeking to recover compensable damages caused by Defendants' violations of federal securities laws (the "Class").

2.     Lentuo operates automobile franchise dealerships in the People's Republic of China ("PRC"). It provides a "one-stop shop" experience for its customers by offering them a wide range of automobile products and services in each of its franchise dealership, or 4S (Sales, Spare parts, Services and Survey ) dealership as they are commonly known in the PRC—understood to mean it offers a full range of automobile retail services.

3.     4S dealerships in China began experiencing a downturn in 2013, and many dealerships faced cash shortages and other financial difficulties. Lentuo was one of them.

Amended Class Action Complaint for Violation of the Federal Securities Laws

4.      In violation of the securities laws, Lentuo concealed from investors its declining financial condition and cash shortage.

5.      Lentuo needed to raise money in order to continue funding and operating its business.   Therefore in December 2013, it issued RMB 250 million of debt through two investment trusts to investors in China (the "RMB 250 Million Trust Loans").[1]  These were interest only long term loans carrying interest rates in excess of 10.0% annually and were to be repaid after two years.   Lentuo creatively issued the debt in the name of the parent company of its Variable Interest Entities ("VIEs") in order to conceal these financing activities – and its cash problems – in its SEC filings. The parent company of the VIEs is coincidentally owned and controlled by Defendant Hetong Guo – the founder, chairman, and largest shareholder (46%) of Lentuo.

6.      The RMB 250 Million Trust Loans were secured by all of Guo's assets, including his entire ownership interest in Lentuo, as well as all revenue from all of Lentuo's 4S dealerships.

7.      None of this was disclosed in any of Lentuo's SEC filings.  Instead, on its annual report filed with the SEC for the year ended 2013, Lentuo stated that its revenue and profit had increased from 2012 to 2013, and that it had sufficient cash on hand for capital expenditures.

8.      On May 28 2014, *SeekingAlpha.com* ("*Seeking Alpha*") published an article by GeoInvesting, LLC ("GeoInvesting"), a research company, which revealed that RMB 250 Million Trust Loans (the "May 28th GeoInvesting Report").

9.      The next day, on May 29, 2014, Lentuo denied that it issued the debt.

10.     On June 5, 2014, *Seeking Alpha* published an article by GeoInvesting rebutting Lentuo's May 29, 2014 denial (the "June 5th GeoInvesting Rebuttal").

---

[1] The official exchange rate of Chinese Renminbi to US Dollars was $1 USD = RMB 6.23 as of May 15, 2014.

Amended Class Action Complaint for Violation of the Federal Securities Laws

11.     Following the June 5th GeoInvesting Rebuttal, Lentuo's ADS fell $0.34 per share, or over 9% from its previous closing price, to close at $3.15 per share on June 5, 2014.

12.     Lentuo continued to issue press releases touting revenue growth and representing it had a high level of liquidity and the necessary capital to operate its business.

13.     In actuality, Lentuo's business continued to decline, the Company continued to hemorrhage money, and it was desperately short of operating cash.  The situation became so dire that on March 10, 2015, *Beijing Business Today* reported that all of Lentuo's 4S dealerships in Beijing were partially shut down due to financial problems – including a cash shortage – and that the problems had existed for several years.

14.     Following the shocking revelation in the *Beijing Business Today* article, Lentuo's ADS fell $0.30 per share, or over 50% over the next two days from its previous closing price on March 9, 2015, to close at $0.29 per share on March 11, 2015.

15.     Lentuo's ADS continued to flounder as a result of the *Seeking Alpha* and *Beijing Business Today* revelations.  On April 2, 2015, the NYSE halted trading in Lentuo securities, and shortly after on April 13, 2015, commenced proceedings to delist Lentuo's ADS.

## JURISDICTION AND VENUE

16.     The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. § 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder (17 C.F.R. § 8 240.10b-5).

17.     This Court has jurisdiction over the subject matter of this action pursuant to § 27 of the Exchange Act (15 U.S.C. § 78aa) and 28 U.S.C. § 1331.

Amended Class Action Complaint for Violation of the Federal Securities Laws

18.     Venue is proper in this District pursuant to §27 of the Exchange Act, 15 U.S.C. §78aa and 28 U.S.C. §1391(b), as a substantial part of the conduct complained of herein occurred in this District.

19.     In connection with the acts, conduct and other wrongs alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mail, interstate telephone communications and the facilities of the national securities exchange.

## PARTIES

20.     Plaintiffs, as set forth in their PSLRA Certifications previously filed with the Court, acquired Lentuo ADS at artificially inflated prices during the Class Period and were damaged upon the public disclosure of the true facts concerning Lentuo.

21.     Defendant Lentuo is a Cayman Islands corporation that operates automobile franchise dealership, showrooms, an auto repair shop and a car leasing company in the People's Republic of China.   Lentuo's franchise dealerships, commonly known in China as "4S" dealerships (Sales, Spare Parts, Services, and Survey), aim to provide a "one-stop shop" experience for customers.   Automobile retail and services offered by Lentuo include: new passenger vehicles; auto parts, and accessories; automobile repair and maintenance services; assistance services in procuring automobile insurance and financing; and other automobile-related services; and automobile leasing services. Lentuo is headquartered in Beijing, China and its ADSs traded on the New York Stock Exchange ("NYSE") under the ticker symbol "LAS" until it was delisted.

22.     Defendant Hetong Guo ("Guo") is the founder of the Company.   Guo has been the Chairman of the Board of Directors at Lentuo since its inception.   He is also Lentuo's largest shareholder.

23.     Defendant Jing Yang ("Yang) is Lentuo's Chief Executive Officer, a position he has held since September 2009.   As CEO, Yang exercised control over the core operations of Lentuo and had knowledge of Lentuo's financial condition,

including its cash shortage and financing activities.  Yang owned 3.7% of Lenuo's stock as of May 15, 2014.   Yang is also a minority owner (6.0%) of Lentuo Electromechanical.

24.    Lentuo's annual report on Form 20-F states that Messrs. Guo and Yang are "key personnel" and Lentuo's "success depends to a significant degree upon the continued contributions of our management team, including Mr. Hetong Guo and Mr. Jing Yang. [Lentuou's] business and operations depend to a significant degree on their business vision, industry expertise, experience with our business operations and management skills, as well their relationships with automobile manufacturers, key customers and our employees." 2013 20-F, pg 15.

25.    Defendant Jiangyu Luo ("Luo") is the Lentuo's Chief Financial Officer, a position she has held since May 2013.  As CFO, Luo had control over the core operations of Lentuo's and was aware of Lentuo's financial condition, including its cash shortage and financing activities.

26.    The defendants referenced above in ¶¶ 22 –25 are sometimes referred to herein as the "Individual Defendants."

27.    Defendant Lentuo and the Individual Defendants are referred to herein, collectively, as the "Defendants."

## SUBSTANTIVE ALLEGATIONS

**Lentuo's Corporate Structure**

28.    Lentuo, incorporated in the Cayman Islands in 2009, is a holding company that does not conduct any substantive operations on its own but instead conducts its business operations through its variable interest entities ("VIEs") located in the PRC.

29.    Lentuo owns 100% of Lentuo HK Limited ("Lentuo HK").  Lentuo HK is controlled by Defendant Hetong Guo, who is its sole director and Authorized Representative.

Amended Class Action Complaint for Violation of the Federal Securities Laws

30.     Lentuo HK, in turn, owns 100% of Beijing Anhui Wanxing Science & Technology Co., Ltd. ("Lentuo Beijing") and Beijing Jiashi Shengtong Investment Consulting Co., Ltd. ("Jiashi").

31.     Lentuo HK and Lentuo Beijing entered into a series of contractual arrangements ("VIE Arrangements") with Beijing Lentuo Electromechanical Group Co., Ltd. ("Lentuo Electromechanical") and its subsidiaries.  Pursuant to the VIE Arrangements, Lentuo, through Lentuo Hong Kong and Lentuo Beijing, obtained effective control over nine wholly-owned subsidiaries of Lentuo Electromechanical (the "Operating Entities"), including the right to substantially all of the economic benefits and the obligation to fund all of the expected losses of the Operating Entities. The Operating Entities, therefore, become Lentuo's VIEs.

32.     An important part of the VIE Arrangements was the "Exclusive Technology Consulting and Service Agreements" ("Service Agreement"), under which Lentuo Beijing provides certain consulting services and resources to the Operating Entities, and in return, Lentuo Beijing is entitled to charge services fees on a quarterly basis of up to 100% of the respective Operating Entity's quarterly profits.

33.     Lentuo Electromechanical is a PRC company also controlled by Defendant Hetong Guo.  In fact, Guo owns 75% of Lentuo Electromechanical.

34.     Another important part of the VIE Arrangements was the "Exclusive Call Option Agreements" ("Call Option Agreements") between Lentuo HK, Lentuo Electromechanical, and the Operating Entities (i.e. Lentuo's VIEs).   Pursuant to the terms of the Call Option Agreements, the Operating Entities may not: (i) sell, transfer, mortgage, or otherwise dispose of or grant a security interest in its assets, business, revenue or interest; (ii) incur, succeed, guarantee or admit any liability, except for those incurred in the ordinary course of business and not incurred through the loan; (iii) enter into any material contract in the amount of RMB100,000 or more, except for those incurred in the ordinary course of business; or (iv) provide a loan or credit to any person without the prior written consent of Lentuo HK.

Amended Class Action Complaint for Violation of the Federal Securities Laws

35.     Defendant Guo, as the Authorized Representative of Lentuo HK, and the Legal Representative of Lentuo Electromechanical and the Operating Entities, signed on behalf of all parties to the Call Option Agreements.  A copy of one of the Call Option Agreements is attached as Exhibit A.

36.     Chinese companies employee the VIE structure because PRC law imposes certain limitations on direct equity ownership of PRC companies operating in certain strategic industries by wholly foreign-owned enterprises.

37.     Lentuo, in summary, does not have direct equity ownership over its VIEs.  Rather, it entered into a series of contractual arrangements that enabled it to exercise effective control over its VIEs, and receive economic benefits from as well as assume the economic losses of the VIEs.

38.     The Company's 20-F filed with the SEC for the year ended December 31, 2013 ("2013 20-F") provides an illustration of Lentuo's complex corporate structure:



Amended Class Action Complaint for Violation of the Federal Securities Laws

39.     Lentuo's VIEs are referred to as "Affiliated Entities" in the above diagram.

40.     Based on the Company's 2013 20-F, Defendant Guo and Yang owns 75% and 6%, respectively, of Lentuo Electromechanical.  In other words, Defendant Guo and Yang own and control the company that owns Lentuo's VIEs.  De

41.     In the 2013 20-F, Lentuo purports to have nine Affiliated Entities (i.e. VIEs) through which it conducts its business operations.  The nine Affiliated Entities are identified in the 2013 20-F as:

    a.  Beijing Tuozhan Industrial & Trading Development Co., Ltd.

    b.  Beijing Aotong Automobile Trading Co., Ltd.

    c.  Beijing Lentuo Chengxin Commercial & Trading Co., Ltd.

    d.  Beijing Yuantongqiao Toyota Automobile Trading Co., Ltd.

    e.  Beijing Tuojiacheng Commercial & Trading Co., Ltd.

    f.  Beijing Lentuo Huitong Automobile Sales Services Co., Ltd.

    g.  Beijing Lentuo Tongda Automobile Sales Services Co., Ltd.

    h.  Beijing Tuozhan Automobile Repair Co., Ltd.

    i.  Beijing Lentuo Automobile Leasing Co., Ltd.

42.     Because Lentuo controls its VIEs and has the right to the economic benefits and obligation to absorb losses of the VIEs through contractual arrangements, U.S. Generally Accepted Accounting Principles ("GAAP"), through Rule 3A-02 of SEC Regulation S-X and Accounting Standards Codification topic 810 ("ASC 810") permits Lentuo to consolidate the operating results of its VIEs in Lentuo's financial statements.

**Defendant Hetong Guo As a Key Figure at Lentuo**

43.     Defendant Hetong Guo is a prominent figure at Lentuo.

44.     Not only is Guo the founder and chairman of the board of directors at Lentuo, he is also owns 46% of the outstanding shares of Lentuo as of the date of the 2013 Form 20-F (i.e. May 15, 2014).  As such, the 2013 20-F discloses that Guo "will

have significant influence in determining the outcome of any corporate transaction or other matters submitted to the shareholders for approval, including mergers, consolidations and the sale of all or substantially all of our assets, election of directors and other significant corporate actions."

45. Guo is also the 75% owner of, and therefore controls, Lentuo Electromechanical, the parent company of all of Lentuo's VIEs. In addition, he is the Legal Representative of Lentuo Electromechanical. The Legal Representative of a PRC company has the power to enter into any type of contract on behalf of the entity.

46. Guo is also the sole director and Authorized Representative of Lentuo HK.

47. In addition, Guo is the Legal Representative of Lentuo Beijing, which means Guo is the person who is authorized under PRC law to enter into any type of contract on behalf of Lentuo Beijing.

48. Guo is instrumental to Lentuo's business. The 2013 20-F states that "Our success depends to a significant degree upon the continued contributions of our management team, including Mr. Hetong Guo and Mr. Jing Yang. Our business and operations depend to a significant degree on their business vision, industry expertise, experience with our business operations and management skills, as well their relationships with automobile manufacturers, key customers and our employees."

**Lentuo's Misleading Statements Convey Stability and Failed to Disclose its Cash Shortage and RMB 250 Million Trust Loans**

49. Lentuo filed its 2013 20-F on May 15, 2014. The 2013 20-F provided the Company's year- end financial results and position. The 2013 20-F was signed by Defendant Guo. The 2013 20-F contained signed certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX") by Defendants Yang and Luo, which stated that the financial information contained in the 2013 20-F was accurate and that they had disclosed any fraud to Lentuo's auditors and board of directors.

Amended Class Action Complaint for Violation of the Federal Securities Laws

50.　According to the 2013 20-F, Lentuo had plenty of cash, as its cash and cash equivalents went from (in thousands of RMB): 161,393 in 2011, to 318,909 in 2012, and 266,571 in 2013.

51.　The 2013 20-F further stated that: "We expect that our current cash and cash equivalents and cash flow from operations <u>will be sufficient to meet our anticipated cash needs for working capital and certain capital expenditures for the next 12 months,</u> and we may seek financing to fund additional capital expenditures." (emphasis added).

52.　In the 2013 20-F, Lentuo included a balance sheet as of December 31, 2013, listing only one long-term loan, obtained from Shanghai Pudong Development Bank, then totaling RMB 39 million, repayable over 5 years.   The balance sheet was misleading for failing to disclose the RMB 250 Million Trust Loans.

53.　On June 27, 2014, the Company issued a press release announcing the Company's first quarter 2014 financial results.  The press release stated that "As of March 31, 2014, the Company had cash and cash equivalents of RMB 226.3 million ($36.4 million), compared to RMB 266.6 million as of December 31, 2013."

54.　 The June 27, 2014 press release included balance sheets as of December 31, 2013 and March 31, 2014.[2]  The only long-term debt listed on the balance sheets was the RMB 33 million of bank loan due Shanghai Pudong Development Bank.  The balance sheets were misleading for failing to disclose the RMB 250 Million Trust Loans.

55.　On September 29, 2014, the Company issued a press release announcing the Company's second quarter 2014 financial results.  The press release stated that "As of June 30, 2014, the Company had cash and cash equivalents of RMB 245.1 million ($39.5 million), compared to RMB 266.6 million as of December 31, 2013."

---

[2]  Hetong Guo filed the June 27, 2014 press release and financial statements with the SEC on June 30, 2014.

Amended Class Action Complaint for Violation of the Federal Securities Laws

56.    The September 29, 2014 press release also included a balance sheet as June 30, 2014 and December 31, 2013.[3]   The only long-term debt listed on the balance sheets was the bank loan due Shanghai Pudong Development Bank (RMB 33 million due as of December 31, 2013 and RMB 30 million due as of June 30, 2014). The balance sheets were misleading for failing to disclose the RMB 250 Million Trust Loans.

57.    On December 1, 2014, the Company issued a press release announcing the Company's third quarter 2014 financial results.[4]   The press release stated that "As of September 30, 2014, the Company had cash and cash equivalents of RMB 193.5 million ($31.5 million), compared to RMB 266.6 million as of December 31, 2013."

58.    The December 1, 2014 press release also included a balance sheet as September 30, 2014 and December 31, 2013.   The only long-term debt listed on the balance sheets was the bank loan due Shanghai Pudong Development Bank (RMB 33 million due as of December 31, 2013 and RMB 30 million due as of September 30, 2014).   The balance sheets were misleading for failing to disclose the RMB 250 million Trust Loans.

59.    In addition, Lenuo's statements referenced in ¶¶ 50-58 above were materially false and/or misleading because they misrepresented and failed to disclose that:

    a.   Lentuo's business was faltering as of 2013, and its cash and cash equivalents were not sufficient to meet its needs for working capital and capital expenditures.

    b.   As a result of Lentuo's faltering business and cash shortages, Defendants secretly issued RMB 250 million of debt in December 2013, pledging as

---

[3]   Hetong Guo filed the September 29 press release and financial statements with the SEC on September 30, 2014.
[4]   Hetong Guo filed the December 1, 2014 press release and financial statements with the SEC on December 2, 2014.

Amended Class Action Complaint for Violation of the Federal Securities Laws

collateral all of Guo's ownership interest in Lentuo as well as revenue from all of Lentuo's VIEs.

c.  Defendants failed to disclose that the RMB 250 Million Trust Loans violated the covenant in the Call Option Agreements prohibiting the VIEs from incurring any liability that is not in the ordinary course of business or guaranteeing any liability or debts with their revenues.

d.  The cash shortage became so dire that by early 2015, all of Lentuo's 4S shops were in a state of "semi-closure," with the keys of show cars confiscated by banks.

### The Truth Slowly Emerges

60.    Throughout the Class Period, the situation at Lentuo was neither rosy nor stable, and its cash on hand was not sufficient to meet its capital expenditures as falsely stated in the 2013 20-F.  Lentuo's business was hurting and its cash was dwindling, and it needed money.

61.    Lentuo then devised a brilliant scheme to secretly raise cash: by issuing debt through Lentuo Electromechanical, the parent company of Lentuo's VIEs. Defendants were able to easily accomplish this because Lentuo Electromechanical was majority-owned and controlled by Guo, who is also the founder, chairman, and 46% shareholder of Lentuo.

62.    Lentuo's secret plan to raise cash was finally revealed on May 28, 2014, when *Seeking Alpha* published the May 28th GeoInvesting Report, which revealed that Lentuo Electromechanical issued RMB 250 million ($41 million) of debt in 2013 through two trusts. It states in parts:

> ***Our research uncovered evidence that Lentuo Electromechanical***, a related party entity that owns LAS's variable interest operating entities ("VIEs") in China, ***issued RMB 250 million ($41 million) of debt in 2013 through two trusts made up of Chinese investors.*** We confirmed our findings through phone conversations with the management

Amended Class Action Complaint for Violation of the Federal Securities Laws

companies of the two trusts. LAS appears to have neither disclosed the debt nor its collateral in its 2013 20F filed on May 15, 2014.

* * * * *

LAS requires capital to grow its 4S car dealership footprint in China. Based on recent Chinese news, LAS's related company, Lentuo Electromechanical, raised RMB 250 million in debt to help finance this expansion initiative. ***The first RMB 150 million was raised in China through a trust fund managed by Gansu Trust in December 2013***, according to information obtained from the Chinese website Trust-trust.com, as follows:

| | | | |
|---|---|---|---|
| 产品名称 | 甘肃信托-联拓集团贷款项目集合资金信托计划 已售罄 | | |
| Product Name: | Collective Fund Trust Plan for loan to Lentuo Group (Sold Out) | | |
| 发行机构: | 甘肃信托 | 发行地: | |
| Issuer: | Gansu Trust | Issuing place: | |
| 预期收益率: | 10.5%-11.5% | 收益类型：固定型 | |
| Predicted Return: | 10.5%-11.5% | Type: fixed return | |
| 投资期限 | 24个月（半年付息） | 期限类型： | |
| Term of Investment: | 24 months (semi-annual interest payment) | Type of Term: | |
| 投资方式: | | 资金流向：工商企业贷款 | |
| Type of Investment | | Outflow of Money: loan to enterprise | |
| 发行时间 | 2013-12 | 产品状态：已售罄 | |
| Issuance Time: | Dec. 2013 | Status: Sold Out | |
| 资金运用情况: | 用于向北京联拓机电集团有限公司发放信托贷款，含北京奥迪4S店建设。 | | |
| Usage of Fund: | Trust loan to Beijing Lentuo Electromechanical Group Co., Ltd., including Beijing Audi 4S Store construction | | |

- 14 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| 信用增级情况： | 1. 还款来源：<br>北京联拓机电集团有限公司旗下所有4S店（包括新建设4S店）经营收入。<br>2. 抵押担保：<br>北京联拓机电集团有限公司将众和投资有限公司拥有的位于北京市顺义区木林镇商业服务业土地及房产为本信托计划提供抵押担保（总建筑面积4939.30平方米的房屋所有权及相应的170900.00平方米商业出让国有土地使用权）。抵押物评估总价值为3.8028亿元，抵押率39%。<br>3. 担保人：<br>北京联拓机电集团有限公司实际控制人郭和通及其妻子提供个人无限连带责任保证。 |
|---|---|

| Credit Upgrade: | 1. Source of money payback:<br>Revenue generated from all 4S stores (including 4S stores under construction) of Beijing Lentuo Electromechanical Group Co., Ltd.<br>1. Mortgage:<br>Land use right (commercial & service industry usage) and property at Mulintown, Shuiyi District, Beijing, owned by Zhonghe Investment Co., Ltd. (total construction area, 4939.30 m2 ownership and 170,900 m2 commercial land use right). Totally value of the mortgaged assets is 380.38 million. Mortgage rate is 39%.<br>1. Guarantor:<br>Beneficial owner of Beijing Lentuo Electromechanical Group Co., Ltd., Guo Hetong and his wife provide unlimited joint and several liability. |
|---|---|

| 其他相关信息： | 【预期年化收益率】<br>100万~299万 10.5%；<br>300万及以上 11.5%； |
|---|---|

| Other relevant info: | Predicted Return:<br>1 million to 2.99 million RMB 10.5%<br>3 million RMB above 11.5% |
|---|---|

The RMB 150 million trust description contains the following statement:

> "Trust loan to Beijing Lentuo Electromechanical Group Co., Ltd., including Beijing Audi 4S Store construction".

Page F-58 of the 20-F states:

> "…
>
> D) Capital commitment
>
> As of December 31, 2013, the Group has contracted but unpaid cost of RMB 25,000 (US$4,130) for the construction of a new Audi store which is in progress.
>
> …"

Page 26 of the 20-F states:

> "We are also constructing a new Audi dealership in Beijing."

* * * * *

An additional RMB 100 million was raised by Lentuo Electromechanical through a second trust fund managed by a company

- 15 -

Amended Class Action Complaint for Violation of the Federal Securities Laws

perhaps aptly called "Inthedinghong Investment Co., Ltd." A due diligence report for this trust fund is available online at Baidu Wenku. The basic information of the trust fund obtained from Baidu Wenku is as follows:

| 信托类型 | 有限合伙对接单一信托项目（FOT） |
|---|---|
| Type of Trust | Fund of Trust, Limited Partnership |
| 信托规模 | 10000万元 |
| Size of Trust | RMB 100 million |
| 起购金额 | 100万元 |
| Initial Subscription amount | RMB 1 million |
| 预计年收益率 | 100-300万：10.5%；（税后）300万以上：11%（税后）；500万以上：12%（税后） |
| Predicted Annual Return | 1-3 million RMB: 10.5% (after tax); >3 million RMB: 11%(after tax); >5 million RMB 12% (after tax) |
| 信托期限 | 24个月 |
| Term of Trust | 24 months |
| 资金用途 | 联拓集团用于北京亚运村汽车4S店和长春汽车4S店筹建和运营 |
| Usage of Fund | Construction and Operation of 4S shops at Beijing Yayuncun and Changchun of Lentuo Group |
| 收益分配方式 | 按半年分配收益 |
| Return Distribution | Semi-annual |

- 16 -

| | |
|---|---|
| 风险控制 | 1.内蒙工职学院土地及房产抵押物总价值超2亿元，抵押率不超50%。<br><br>2.联拓信团实际控制人，郭和通为本信托计划提供无限连带责任还款担保。<br><br>1)截止到 2012年11月，联拓集团总资产约为8.53亿元，郭和通作为联拓集团第一大股东持有集团82%股权，约持7亿元资产。<br><br>2)其持有联拓集团旗下上市公司联拓国际 14,965,646 股股票。<br><br>截止到美国当地时间2013年1月22日，该股票收盘价为1.56美元/股，郭和通持有股票市值约 2334.64万美元。<br><br>3. 截止到2011年年底，借款人联拓集团年销售收入超过37亿元，且根据预测，未来两年公司经营收入可实现收入超过90亿元，故第一还款来源可靠、充足。联拓集团：创立于1994年，是中国大型专业化的汽车销售及维修服务领先企业。2010年12月10日，联拓集团旗下联拓国际公司(纽交所代码:LAS)宣布在美国纽约证券交易所挂牌上市，这也是中国首家在纽交所上市的汽车销售服务企业。目前拥有11个正在运营的标准4S店，其中北京8家，天津、广东、浙江各一家。 |
| Risk Control | 1. Land and property of Inner Mongolia Gongzhi College, total value RMB 200 million. Mortgage rate is less than 50%<br><br>2. Guo Hetong, beneficial owner of Lentuo Group, provide unlimited joint and several liability.<br><br>1) As of Nov. 2012, total assets of Lentuo Group are RMB 853 million, as the biggest shareholder, Guo Hetong, owns 82% of Lentuo Group, around RMB 700 million.<br><br>2) He owns 14,965,646 shares of Lentuo International, as of Jan. 22, 2013, its closing price is USD 1.56 per share. Total value of shares owned by Guo Hetong is USD 23.3464 million.<br><br>As of the end of 2011, Lentuo Group's annual revenue is more than RMB 3.7 billion. In the coming two years, the company can achieve more than 9 billion revenue. Therefore, the first source of pay back is reliable and sufficient. Lentuo Group: established in 1994, is a large professional automobile sales and service company. On Dec. 10, 2010, Lentuo International of Lentuo Group (NYSE:LAS) went public on the NYSE, and is the first public automobile sales and service company. Currently, it owns 11 operating standard 4S stores, 8 of them are in Beijing; Tianjin, Guangzhou and Zhejiang each have one store. |
| 募集账号 | 户 名： 北京金博润投资中心(有限合伙)<br><br>托管银行： 平安银行股份有限公司北京朝外支行<br><br>账 号： 1101 4479 0350 01<br><br>募集账号下面(打款备注：XXX(认购人)认购金博润XXX万元)<br><br>注明：填写户名时"(有限合伙)"不要漏掉 |
| Account Info: | Name: Beijing Jinborun Investment Center (Limited Partnership)<br><br>Bank Info: Beijing Chaowai Branch, Ping'an Bank, Co., Ltd.<br><br>Please note: (Note: XXX(subscriber) subscribe Jinborun XXX 10 thousand)<br><br>Note: please do not omit "Limited Partnership" in Name |

* * * * *

Amended Class Action Complaint for Violation of the Federal Securities Laws

**The Two Trust Loans Do Not Appear to Be Disclosed in LAS's Financial Statements**

*An analysis of the audited balance sheet footnotes disclosed in the 2013 20F indicates that LAS never consolidated the trust loans.* According to footnote 18 on page F42, short term and long term loans at December 31, 2013 consisted of the following:

(click to enlarge)

| | December 31, | | |
|---|---|---|---|
| | 2012 | 2013 | |
| | RMB | RMB | US$ |
| Short-term | 365,274 | 720,689 | 119,049 |
| Long-term, current portion | — | 6,000 | 991 |
| | 365,274 | 726,689 | 120,040 |
| Long-term, non-current portion | — | 33,000 | 5,451 |
| | 365,274 | 759,689 | 125,491 |

"The Group's short term loans were RMB denominated loans obtained from banks and other financial institutions with interest rates ranging from 4.83% to 10.25% per annum and 5.60% to 10.20% per annum for the years ended December 31, 2012 and 2013, respectively. The weighted average interest rate on short term loans outstanding as of December 31, 2012 and 2013 was 7.91% and 7.53% per annum, respectively. The short term loans are repayable between January 2014 and November 2014. The unused lines of credit for short term financing amounted to RMB 356,421 and RMB 668,680 (US$110,458) as of December 31, 2012 and December 31, 2013, respectively."

(Emphasis added).

63.    The next day, on May 29, 2014, the Company issued a rebuttal. Addressing only the RMB 150 million debt issuance, Lentuo's rebuttal stated that the loan was incurred by Lentuo Electromechanical, and did not impose any obligations or liabilities on Lentuo.

64.    On June 5, 2014, *Seeking Alpha* published the June 5th GeoInvesting Rebuttal, which states in parts:

**Our full rebuttal:**

Amended Class Action Complaint for Violation of the Federal Securities Laws

- We understand that LE is not part of LAS but it is in fact controlled by Mr. Guo.

- LAS confirmed the RMB 150 trust loan but did not mention the other RMB 100 loan. It's not clear whether LAS is denying the existence of that loan.

- ***LE raised the RMB 150 million partly to finance its new Audi Dealership in Beijing (as disclosed in the trust documents), which should have been disclosed in LAS's 20F since LAS has disclosed that it is building an Audi dealership in Beijing.***

- *We believe consolidation of Lentuo Electromechanical into LAS's financial statements is required. Of particular relevance is that LAS's 2013 20F states:*

  *"Furthermore, as our reorganization was conducted between entities under the common control of Mr. Hetong Guo, the historical financial results, assets and liabilities of the affiliated entities and Lentuo Electromechanical have been reflected in our consolidated financial statements as if the current organizational structure had always existed."*

  *It is highly likely that the trust loans incurred by LE should be accounted for or at least disclosed in LAS's financial statements.*

- ***The RMB 150 million trust loan document clearly states the sources of collateral:***

  ***"…***
  ***a. Source of funds pledged to repay the loan:***
  ***Revenue generated from all 4S stores (including 4S stores under construction) of Beijing Lentuo Electromechanical Group Co., Ltd.***
  ***b. Guarantor:***
  ***Beneficial owner of Beijing Lentuo Electromechanical Group Co., Ltd., Guo Hetong and his wife***
  ***provide unlimited joint and several liabilities.***

Amended Class Action Complaint for Violation of the Federal Securities Laws

..."

- ***The trust file states the revenues generated from all 4S stores (including 4S stores under construction) are pledged as the source of funds to repay the loan. If pledging the revenues of the 4S stores is not collateral as stated by LAS in its rebuttal, then what is?***

- ***Play on words; the company is clever in its assertion that Mr. Guo's equity interest in the company is not pledged as collateral to secure the RMB150M loan. However, Mr. Guo is collateral to the loan putting all his assets at risk. As stated in the trust loan file, Mr. Guo and his wife provide unlimited joint and several liability guarantees for the trust loan. In the event of default, Chinese investors in the RMB 150 million trust loan could sue Mr. Guo and claim Mr. Guo's LAS shares and other assets in court. LAS has not disclosed this risk factor in its SEC filings.***

The other RMB 100 million trust loan carries similar provisions as the RMB 150 million trust loan and is being used to build 4S dealerships. We therefore do not understand why LAS denies the existence of collateral and the company's potential exposure to Mr. Guo's obligations if he is unable to repay the loans.

- Does LE have other 4S stores outside of the ones owned by LAS that can be pledged as collateral?

We believe that NYSE and LAS's auditor should review the facts and circumstances related to the trust loans extended to LE and guaranteed by Mr. Guo to determine whether LAS and its shareholders are exposed to potential liabilities if Mr. Guo fails to meet his obligations. In our opinion, LAS's financial statements should be restated to reflect the loans.

(Emphasis added).

***Defendants Disguised the RMB 250 Million Debt Issuances as Unrelated to Lentuo***

65.    Defendants sought to issue the debt through the parent company of Lentuo's VIEs so that ostensibly the loans would appear as "unrelated" to Lentuo, and as such, Lentuo could continue to hide its faltering business and dwindling cash.

66.    Defendants' ruse is unavailing.  It is now apparent that the loans were really incurred for the benefit of Lentuo in an attempt to prop up Lentuo's faltering business and alleviate its cash shortage.

67.    The RMB 150 million debt issuance, for example, is guaranteed by Defendant Guo and his wife, who provide "unlimited joint and several liability." This means that *all* of Guo's assets are pledged as collateral and put at risk, including his entire 46% ownership interest in Lentuo.

68.    Moreover, the loan information sheet for the RMB 150 million trust states that the "Source of money payback" for the loan would be "Revenue generated from *all* 4S stores (including 4S stores under construction) of Beijing Lentuo Electromechanical Group Co., Ltd." (emphasis added).  Because Lentuo Electromechanical is the parent company of all of Lentuo's VIEs, this means that revenue from Lentuo's VIEs is being pledged as a source of funds to pay back the loan.

69.    The pledging of revenues from Lentuo's VIEs as a "source of money payback" for the RMB 150 million trust is in violation of the Call Option Agreements, under which the VIEs may not grant a security interest in its revenues, and may not incur any liability except for those incurred in the ordinary course of business, of which a RMB 150 million trust loan is certainly not.

70.    Additionally, the RMB 150 million trust information sheet states that the money raised would be used for: "Trust loan to Beijing Electromechanical Group Co., Ltd., including Beijing Audi 4S Store construction."  This matches the disclosure in Lentuo's 2013 20-F, which states that "As of December 31, 2013, the Group has contracted but unpaid cost of RMB 25,000 (US$4,130) for the construction of a new

Audi store which is in progress", and "We are also constructing a new Audi dealership in Beijing."

71.     Similarly, Guo also provides "unlimited joint and several liability" for the RMB 100 million trust.  This includes all of his ownership interest in Lentuo.

72.     The "Risk Control" section of the trust description for the RMB 100 million issuance specifically references Lentuo's revenue and assets as "reliable" sources of paying back the loan.

***Lentuo's Business Continues to Decline and its Cash Problems Exacerbate***

73.     On March 10, 2015, an article appeared in the Beijing Business Today ("Beijing Article"), reporting that Lentuo's VIEs in Beijing have effectively shut down due to financial difficulties.

74.     The Beijing Article reports: "The Lentuo Group, which was listed on the US NYSE at the end of 2010, is now experiencing operating difficulties.  Currently, the Group's branded 4S shops are in a state of semi-closure.  Among which, the keys of show cars of two FAW Mazda 4S shops located at Shijingshan and Yizhuang were even taken away by banks."

75.     The Beijing Article further reports that a person associated with Lentuo told the reporter that "Due to cash flow problems, the 4S shops of Lentuo stopped selling new cars, and only post-sale services are provided."

76.     The cash problems were not new problems.  A "responsible person" at Lentuo's ChangAn Mazda 4S Shop, one of Lentuo's VIEs, told the Beijing Article reporter that "Lentuo Group had problems starting from the end of last year."

77.     The Beijing Article further explains that car dealerships such as Lentuo have been facing difficulties dating back at least two years:

> The reporter from the Beijing Business Today learned from the visits
> to several car dealers in Beijing, <u>in the past two years, that the car
> dealers are facing unprecedented death trail.</u> Although China's auto
> market has become the world's largest consumer market in the last six

Amended Class Action Complaint for Violation of the Federal Securities Laws

consecutive years, due to the overall auto market slump influence, <u>more and more dealers and large dealer groups are facing shortage of funds.</u>

78.    Regarding Lentuo, the Beijing Article reports that "With regards to the current financial problems at Lentuo, managers from several dealer groups had different takes.  They said that in addition to the increasingly fierce competition in the automotive industry, it is now common for a dealer to suffer a loss when selling a car. Lentuo had been undertaking financial risks since its inception, and that's one major reason for its current financial problems."

**Plaintiffs Suffered Damages when the Truth was Revealed**

79.    On June 5, 2014, after *Seeking Alpha*  published the June 5th GeoInvesting Rebuttal refuting Lentuo's claim that the RMB 250 Million Trust Loans are not related to Lentuo, Lentuo's ADS fell $0.34 per share or over 9% from its previous closing price to close at $3.15 per share, damaging Plaintiffs and other investors.

80.    On March 10, 2015, after the Beijing Article revealing that Lentuo was in dire straits and that some of its shops have effectively shut down, Lentuo's ADS fell $0.30 per share, or over 50% over the next two days from its previous closing price on March 9, 2015, to close at $0.29 per share on March 11, 2015, further damaging investors.

**Post Class Period Events Causing Damage to Class Members**

81.    On January 20, 2015, Lentuo filed a Form 6-K with the SEC, disclosing that it received notice from the NYSE informing the Company that it was no longer in compliance with NYSE's continued listing standards.  On this news, Lentuo ADS fell $0.13 per share, or 16% from its previous closing price of $0.79 on January 16, 2015, to close at $0.66 per share.

82.    Trading in Lentuo's securities was officially halted by the NYSE on April 2, 2015, after the Company had been "unresponsive to repeated NYSE

- 23 -

Amended Class Action Complaint for Violation of the Federal Securities Laws

1   Regulation attempts at contact and requests for information in February and March

2   2015."

3       83.   The NYSE announced on April 13, 2015 that it would commence

4   proceedings to delist Lentuo's ADS immediately.  In the same press release, it was

5   revealed that Lentuo had "failed to make timely, adequate, and accurate disclosures

6   of information to its shareholders and the investing public, specifically regarding the

7   January 2015 resignation of the Company's independent public accounting firm."

8                  **ADDITIONAL ALEGATIONS SUPPORTING SCIENTER**

9   **Lentuo Still Hoped to Raise Money in the U.S. in Late 2014**

10      84.   Lentuo needed to make positive statements about its business on the

11  2013 20-F and hide its financial problems because it was still seeking to raise funds

12  in the U.S. in late 2014.

13      85.   On September 9, 2014, Lentuo filed a Form F-3 with the SEC, seeking

14  to register $300,000,000 worth of securities.

15      86.   The desire to continue to sell ADS and raise money in the U.S.

16  incentivized Lentuo to hide its financial problems, and hide the fact that it also

17  needed to raise money in China to fund its operations.

18  **Even if the RMB 250 Million Trust Loans were "Unrelated" to Lentuo,**

19  **Defendants are still Liable**

20      87.   Even if the RMB 250 Million Trust Loans were intended only to raise

21  money for Lentuo Electromechanical, the fact that the money would be used to build

22  new 4S shops means that Defendant Guo was funding the construction of shops that

23  would compete with Lentuo's existing business, to Lentuo's detriment.  Defendants

24  did not disclose this risk in Lentuo's SEC filings, in contravention of GAAP.  This

25  risk would eventually become reality when Lentuo is forced to shut down some of its

26  car sales business because the car keys have been taken away by banks as a result of

27  Lentuo's financial, and specifically, cash problems.

28

Amended Class Action Complaint for Violation of the Federal Securities Laws

88.    Defendant Guo, who owns and controls Lentuo Electromechanical, was aware of the RMB 250 Million Trust Loans issued in Lentuo Electromechanical's name.   Specifically, as Legal Representative of Lentuo Electromechanical, Guo personally signed the RMB 250 Million Trust Loans documents on behalf of Lentuo Electromechanical.

89.    Because revenues from Lentuo's VIEs are being pledged to repay the RMB 250 Million Trust Loans, Guo breached the Call Option Agreements, which he personally signed on behalf of Lentuo HK, Lentuo Electromechanical, and the VIEs. This flagrant breach of the Call Option Agreements was never disclosed by Lentuo.

## PLAINTIFFS' CLASS ACTION ALLEGATIONS

90.    Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired Lentuo ADS during the Class Period (the "Class"); and were damaged upon the revelation of the alleged corrective disclosures. Excluded from the Class are Defendants herein, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

91.    The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Lentuo ADS was actively traded on the NYSE. While the exact number of Class members is unknown to Plaintiffs at this time and can be ascertained only through appropriate discovery, Plaintiffs believes that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records  maintained by Lentuo or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

Amended Class Action Complaint for Violation of the Federal Securities Laws

92.     Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

93.     Plaintiffs will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiffs have no interests antagonistic to or in conflict with those of the Class.

94.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

- whether the federal securities laws were violated by Defendants' acts as alleged herein;

- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business, operations and management of Lentuo;

- whether the Individual Defendants caused Lentuo to issue false and misleading financial statements during the Class Period;

- whether Defendants acted knowingly or recklessly in issuing false and misleading financial statements;

- whether the prices of Lentuo ADS during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and

- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

95.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it

Amended Class Action Complaint for Violation of the Federal Securities Laws

1    impossible for members of the Class to individually redress the wrongs done to them.
2    There will be no difficulty in the management of this action as a class action.

3        96.    Plaintiffs will rely, in part, upon the presumption of reliance established
4    by the fraud-on-the-market doctrine in that:

5        •    Defendants made public misrepresentations or failed to disclose material
6             facts during the Class Period;

7        •    the omissions and misrepresentations were material;

8        •    Lentuo ADS are traded in an efficient market;

9        •    the Company's shares were liquid and traded with moderate to heavy
10            volume during the Class Period;

11       •    the Company traded on the NYSE and was covered by multiple analysts;

12       •    the misrepresentations and omissions alleged would tend to induce a
13            reasonable investor to misjudge the value of the Company's ADS; and

14       •    Plaintiffs and members of the Class purchased, acquired and/or sold
15            Lentuo ADS between the time the Defendants failed to disclose or
16            misrepresented material facts and the time the true facts were disclosed,
17            without knowledge of the omitted or misrepresented facts.

18       97.    Based upon the foregoing, Plaintiffs and the members of the Class are
19   entitled to a presumption of reliance upon the integrity of the market.

20       98.    Alternatively, Plaintiffs and the members of the Class are entitled to the
21   presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of*
22   *the State of Utah v. United States*, 406 U.S. 128, 92 S. Ct. 2430 (1972), as Defendants
23   omitted material information in their Class Period statements in violation of a duty to
24   disclose such information, as detailed above.

25                              **COUNT I**
26       **Violations of Section 10(b) of The Exchange Act and Rule 10b-5**
27                          **Against All Defendants**
28

Amended Class Action Complaint for Violation of the Federal Securities Laws

99.   Plaintiffs repeat and reallege each and every allegation contained above as if fully set forth herein.

100.   This Count is asserted against Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

101.   During the Class Period, Defendants engaged in a plan, scheme, conspiracy and course of conduct, pursuant to which they knowingly or recklessly engaged in acts, transactions, practices and courses of business which operated as a fraud and deceit upon Plaintiffs and the other members of the Class; made various untrue statements of material facts and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and employed devices, schemes and artifices to defraud in connection with the purchase and sale of ADS. Such scheme was intended to, and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiffs and other Class members, as alleged herein; (ii) artificially inflate and maintain the market price of Lentuo securities; and (iii) cause Plaintiffs and other members of the Class to purchase or otherwise acquire Lentuo ADS at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each of them, took the actions set forth herein.

102.   Pursuant to the above plan, scheme, conspiracy and course of conduct, each of the Defendants participated directly or indirectly in the preparation and/or issuance of the quarterly and annual reports, SEC filings, press releases and other statements and documents described above, including statements made to securities analysts and the media that were designed to influence the market for Lentuo ADS. Such reports, filings, releases and statements were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about Lentuo's finances and business prospects.

103.   By virtue of their positions at Lentuo, Defendants had actual knowledge of the materially false and misleading statements and material omissions alleged herein and intended thereby to deceive Plaintiffs and the other members of the Class, or, in the alternative, Defendants acted with reckless disregard for the truth in that they failed or refused to ascertain and disclose such facts as would reveal the materially false and misleading nature of the statements made, although such facts were readily available to Defendants. Said acts and omissions of Defendants were committed willfully or with reckless disregard for the truth. In addition, each defendant knew or recklessly disregarded that material facts were being misrepresented or omitted as described above.

104.   Defendants were personally motivated to make false statements and omit material information necessary to make the statements not misleading in order to personally benefit from the sale of Lentuo ADS from their personal portfolios.

105.   Information showing that Defendants acted knowingly or with reckless disregard for the truth is peculiarly within Defendants' knowledge and control. As the senior managers and/or directors of Lentuo, the Individual Defendants had knowledge of the details of Lentuo's internal affairs.

106.   The Individual Defendants are liable both directly and indirectly for the wrongs complained of herein. Because of their positions of control and authority, the Individual Defendants were able to and did, directly or indirectly, control the content of the statements of Lentuo. As officers and/or directors of a publicly-held company, the Individual Defendants had a duty to disseminate timely, accurate, and truthful information with respect to Lentuo's businesses, operations, future financial condition and future prospects. As a result of the dissemination of the aforementioned false and misleading reports, releases and public statements, the market price of Lentuo ADS was artificially inflated throughout the Class Period. In ignorance of the adverse facts concerning Lentuo's business and financial condition which were concealed by Defendants, Plaintiffs and the other members of the Class purchased or

Amended Class Action Complaint for Violation of the Federal Securities Laws

otherwise acquired Lentuo ADS at artificially inflated prices and relied upon the price of the ADS, the integrity of the market for the ADS and/or upon statements disseminated by Defendants, and were damaged thereby.

107.   During the Class Period, Lentuo ADS were traded on an active and efficient market. Plaintiffs and the other members of the Class, relying on the materially false and misleading statements described herein, which the Defendants made, issued or caused to be disseminated, or relying upon the integrity of the market, purchased or otherwise acquired shares of Lentuo ADS at prices artificially inflated by Defendants' wrongful conduct. Had Plaintiffs and the other members of the Class known the truth, they would not have purchased or otherwise acquired said ADS, or would not have purchased or otherwise acquired them at the inflated prices that were paid. At the time of the purchases and/or acquisitions by Plaintiffs and the Class, the true value of Lentuo ADS was substantially lower than the prices paid by Plaintiffs and the other members of the Class. The market price of Lentuo ADS declined sharply upon public disclosure of the facts alleged herein to the injury of Plaintiffs and Class members.

108.   By reason of the conduct alleged herein, Defendants knowingly or recklessly, directly or indirectly, have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

109.   As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and the other members of the Class suffered damages in connection with their respective purchases, acquisitions and sales of the Company's ADS during the Class Period, upon the disclosure that the Company had been disseminating misrepresented financial statements to the investing public.

## COUNT II

### Violations of Section 20(a) of The Exchange Act
### <u>Against The Individual Defendants</u>

110.   Plaintiffs repeat and reallege each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

111.   During the Class Period, the Individual Defendants participated in the operation and management of Lentuo, and conducted and participated, directly and indirectly, in the conduct of Lentuo's business affairs. Because of their senior positions, they knew the adverse non-public information about Lentuo's current financial position and future business prospects.

112.   As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to Lentuo's business practices, and to correct promptly any public statements issued by Lentuo which had become materially false or misleading.

113.   Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which Lentuo disseminated in the marketplace during the Class Period concerning the Company's business, operational and accounting policies. Throughout the Class Period, the Individual Defendants exercised their power and authority to cause Lentuo to engage in the wrongful acts complained of herein. The Individual Defendants therefore, were "controlling persons" of Lentuo within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of Lentuo ADS.

114.   Each of the Individual Defendants, therefore, acted as a controlling person of Lentuo. By reason of their senior management positions and/or being directors of Lentuo, each of the Individual Defendants had the power to direct the actions of, and exercised the same to cause, Lentuo to engage in the unlawful acts and conduct complained of herein. Each of the Individual Defendants exercised control over the general operations of Lentuo and possessed the power to control the specific

Amended Class Action Complaint for Violation of the Federal Securities Laws

1   activities which comprise the primary violations about which Plaintiffs and the other

2   members of the Class complain.

3       115.   By reason of the above conduct, the Individual Defendants are liable

4   pursuant to Section 20(a) of the Exchange Act for the violations committed by

5   Lentuo.

6                           **PRAYER FOR RELIEF**

7   WHEREFORE, Plaintiffs demand judgment against Defendants as follows:

8       A.   Determining that the instant action may be maintained as a class action

9   under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiffs as the

10  Class representative;

11      B.   Requiring Defendants to pay damages sustained by Plaintiffs and the

12  Class by reason of the acts and transactions alleged herein;

13      C.   Awarding Plaintiffs and the other members of the Class prejudgment and

14  post-judgment interest, as well as her reasonable attorneys' fees, expert fees and other

15  costs; and

16      D.   Awarding such other and further relief as this Court may deem just and

17  proper.

18                       **DEMAND FOR TRIAL BY JURY**

19      Plaintiffs hereby demand a trial by jury.

20  Dated: August 6, 2015                Respectfully submitted,

21

22                                       **THE ROSEN LAW FIRM, P.A.**

23                                       /s/ Laurence Rosen

24                                       Laurence M. Rosen, Esq. (SBN 219683)

25                                       355 S. Grand Avenue, Suite 2450
                                         Los Angeles, CA 90071

26                                       Telephone: (213) 785-2610

27                                       Facsimile: (213) 226-4684
                                         Email: lrosen@rosenlegal.com

28

- 32 -

Amended Class Action Complaint for Violation of the Federal Securities Laws

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Yu Shi, Esq. (*Pro Hac Vice*)
275 Madison Ave, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: yshi@rosenlegal.com

Counsel for Lead Plaintiffs

Amended Class Action Complaint for Violation of the Federal Securities Laws

1
2

## **CERTIFICATE OF SERVICE**

3        I, Laurence Rosen, hereby declare under penalty of perjury as follows:

4        I am attorney with the Rosen Law Firm, P.A., with offices at 355 South Grand

5    Avenue, Suite 2450, Los Angeles, CA, 90071. I am over the age of eighteen.

6        On August 6, 2015, I electronically filed the foregoing AMENDED CLASS

7    ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES

8    LAWS with the Clerk of the Court using the CM/ECF system, which sent notification

9    of such filing to counsel of record.

10

11   Executed on August 6, 2015

12                                              /s/ Laurence Rosen
13                                              Laurence Rosen

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Amended Class Action Complaint for Violation of the Federal Securities Laws