FILED
CLERK, U.S. DISTRICT COURT

3/23/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GARCIA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>HETONG GUO, JING YANG, JIANGYU LUO, and LENTUO INTERNATIONAL INC.,<br><br>　　　　　　　Defendants. | Case No.: CV 15-01862 MWF (MRWx)<br><br>CLASS ACTION<br><br>**ORDER REGARDING EXTENDING THE TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

ORDER　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CASE NO. CV 15-01862

1 | Having read and considered the Joint Stipulation Regarding Extending the
2 | Time for Defendant's Response to Plaintiff's Second Amended Complaint, and good
3 | cause appearing:

4 | **IT IS HEREBY ORDERED** that:

5 | 1. Defendant's response to the Second Amended Complaint ("SAC") shall
6 | be stayed in favor of the mediation and pending settlement discussions;

7 | 2. The parties shall file a Status Report no later than June 30, 2016
8 | providing an update on the progress of settlement discussions or a proposed schedule
9 | for responding to the SAC;

10 | 3. Nothing in the Joint Stipulation shall be construed as a waiver of any of
11 | Defendant's rights or positions in law or in equity, or as a waiver of any defenses that
12 | Defendant would otherwise have, including, without limitation, service and
13 | jurisdictional defenses.

Dated: March 23, 2016

SO ORDERED:

_____
Hon. Michael W. Fitzgerald
U.S. District Judge

ORDER

CASE NO. CV 15-01862

1