1  Laurence M. Rosen (SBN 219683)
2  **THE ROSEN LAW FIRM, P.A.**
3  355 South Grand Avenue, Suite 2450
   Los Angeles, CA 90071
4  Telephone: (213) 785-2610
   Facsimile: (213) 226-4684
5  Email: lrosen@rosenlegal.com
6
7  *Counsel for Lead Plaintiffs Bradley Van Dalen,*
   *Steve Bohm, and Wei Zheng*
8
9  Stephen D. Hibbard (SBN 177865)
   Lisa M. Hathaway (SBN 273050)
10 **JONES DAY**
11 555 California Street, 26th Floor
   San Francisco, CA 94104
12 Telephone: (415) 626-3939
13 Facsimile: (415) 875-5700
   Email: sdhibbard@jonesday.com
14         lhathaway@jonesday.com
15
16 *Counsel for Defendants Hetong Guo, Jing Yang,*
   *Jiangyu Luo, and Lentuo International Inc.*
17

18              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| 20 FELIPE GARCIA, Individually and on behalf of all others similarly situated, | Case No: 2:15-CV-01862-MWF-MRW |
| 21 | |
| 22      Plaintiff, | **NOTICE OF PROPOSED SETTLEMENT** |
| 23 | |
| 24      v. | <u>CLASS ACTION</u> |
| 25 HETONG GUO, JING YANG, JIANGYU LUO, and LENTUO INTERNATIONAL INC., | JUDGE: Hon. Michael W. Fitzgerald |
| 26 | |
| 27 | |
| 28      Defendants. | |

- 1 -

**TO THE COURT:**

In accordance with Local Rule 16-15.7, the undersigned parties hereby submit this Notice of Proposed Settlement to notify the Court that Lead Plaintiffs Bradley Van Dalen, Steve Bohm, Wei Zheng and Defendants Hetong Guo, Jing Yang, Jiangyu Luo, Lentuo International Inc. (collectively, the "Parties") have reached a settlement in this action, subject to the Court's approval.  The Parties are in the process of formalizing their settlement agreement.

Lead Plaintiffs will file a motion for preliminary approval of the proposed settlement within forty-five (45) days of the submission of this Notice of Proposed Settlement.

Dated: June 29, 2016                **THE ROSEN LAW FIRM, P.A.**

By:   /s/ Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

-and-

Yu Shi (*Pro Hac Vice*)
275 Madison Ave, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: yshi@rosenlegal.com

*Counsel for Lead Plaintiffs Bradley Van Dalen, Steve Bohm, and Wei Zheng*

1  Dated: June 29, 2016

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JONES DAY**

By:   /s/ Stephen D. Hibbard
Stephen D. Hibbard (SBN 177865)
Lisa M. Hathaway (SBN 273050)
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: sdhibbard@jonesday.com
       lhathaway@jonesday.com

*Counsel for Defendants Hetong Guo, Jing Yang, Jiangyu Luo, and Lentuo International Inc.*

### ATTESTATION OF CONCURRENCE IN FILING

I, Laurence M. Rosen, pursuant to Local Rule 5-4.3.4 of the United States District Court for the Central District of California, hereby attest that Stephen D. Hibbard, counsel for Defendants Hetong Guo, Jing Yang, Jiangyu Luo, and Lentuo International Inc., have authorized the filing of this document.

/s/ Laurence M. Rosen
Laurence M. Rosen

Notice of Proposed Settlement

1

## **CERTIFICATE OF SERVICE**

2

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

3

I am an attorney at The Rosen Law Firm, P.A., with offices at 355 South

4

Grand Avenue, Suite 2450, Los Angeles, CA, 90071. I am over the age of

5

eighteen.

6

On June 29, 2016, I electronically filed the foregoing **NOTICE OF**

7

**PROPOSED SETTLEMENT** with the Clerk of the Court using the CM/ECF

8

system, which sent notification of such filing to counsel of record.

9

Executed on June 29, 2016.

10

11

/s/ Laurence M. Rosen

Laurence M. Rosen

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Proposed Settlement