Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Yu Shi, Esq. (*Pro Hac Vice*)
**THE ROSEN LAW FIRM, P.A.**
275 Madison Ave, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: yshi@rosenlegal.com

*Counsel for Lead Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GARCIA, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HETONG GUO, JING YANG, JIANGYU LUO, and LENTUO INTERNATIONAL INC., <br><br> Defendants. | Case No: 2:15-CV-01862-MWF-MRW <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES** <br><br> Judge: Hon. Michael W. Fitzgerald <br> Courtroom: 1600 <br> Hearing Date: October 24, 2016 <br> Hearing Time: 10:00 a.m. |

**PLEASE TAKE NOTE** that on October 24, 2016, at 10:00 A.M., Lead Plaintiffs Bradley Van Dalen, Steve Bohm, and Wei Zheng ("Plaintiff") will move this Court, the Honorable Michael W. Fitzgerald, United States District Judge of the United States District Court for the Central District of California, Spring Street U.S. Courthouse, 312 N. Spring Street, Courtroom 1600, for entry of an Order: (a) certifying the Settlement Class; (b) preliminarily approving the settlement between Plaintiffs and defendants Lentuo International Inc., Hetong Guo, Jing Yang, and Jiangyu Luo (the "Defendants"); (c) approving the notice to the Class of the Proposed Settlement; and (d) scheduling a final approval hearing for a date at the Court's convenience.  The Defendants do not oppose the relief requested by this motion.

Dated: September 2, 2016              Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
/s/ *Laurence Rosen*
Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Yu Shi, Esq. (*Pro Hac Vice*)
275 Madison Ave, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: yshi@rosenlegal.com

Counsel for Lead Plaintiffs

# CERTIFICATE OF SERVICE

I, Laurence Rosen, hereby declare under penalty of perjury as follows:

I am attorney with the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA, 90071. I am over the age of eighteen.

On September 2, 2016, I electronically filed the foregoing **NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on September 2, 2016

                                         /s/ Laurence Rosen
                                         Laurence Rosen